# IN THE SUPREME COURT OF TENNESSEE
## AT NASHVILLE
### February 2, 2011 Session

## DOROTHY KING ET AL. v. VIRGINIA BETTS ET AL.

**Appeal by Permission from the Court of Appeals**
**Chancery Court for Davidson County**
**No. 06-943-I      Claudia Bonnyman, Chancellor**

---

**No. M2009-00117-SC-R11-CV - Filed on November 18, 2011**

---

JANICE M. HOLDER, J., concurring

I concur in Parts I, II, III, V, VI, and VII of the majority opinion. I do not concur in Part IV of the opinion addressing whether federal or state procedural rules should apply to a qualified immunity defense because the issue of whether federal or state procedural law applies is not properly before this Court. See Fayne v. Vincent, 301 S.W.3d 162, 171 (Tenn. 2009).

_____
JANICE M. HOLDER, JUSTICE